

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHANA BECERRA, on behalf of herself, all others similarly situated, and the general public,

        Plaintiff-Appellant,

 v.

THE COCA-COLA COMPANY,

        Defendant-Appellee.

No. 18-15365

D.C. No. 3:17-cv-05916-WHA
Northern District of California,
San Francisco

ORDER

Before: TASHIMA, SILVERMAN, and GRABER, Circuit Judges.

The court's March 28, 2018 order to show cause is discharged.

The opening brief and excerpts of record are due September 24, 2018; the answering brief is due October 24, 2018; and the optional reply brief is due within 21 days after service of the answering brief.

AT/MOATT