**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 343-0404

**SACKS WESTON DIAMOND, LLC**
ANDREW SACKS (*pro hac vice*)
*asacks@sackslaw.com*
JOHN WESTON (*pro hac vice*)
*jweston@sackslaw.com*
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103
Phone: (215) 764-3008

*Counsel for Plaintiff and the Proposed Class*

**PATTERSON BELKNAP WEBB & TYLER LLP**
STEVEN A. ZALESIN (*pro hac vice*)
*sazalesin@pbwt.com*
CATHERINE A. WILLIAMS (*pro hac vice*)
*cawilliams@pbwt.com*
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
Facsimile: (212) 336-2111

**SHOOK, HARDY & BACON LLP**
TAMMY B. WEBB (SBN 227593)
*tbwebb@shb.com*
1 Montgomery St., Ste. 2700
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

*Attorneys for Defendant The Coca-Cola Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA BECERRA, on behalf of herself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant. | Case No.: 17-cv-5916-WHA<br><br>**STIPULATION OF DISMISSAL**<br><br>[FED. R. CIV. P. 41 (a)(1)(A)(ii)]<br><br>Judge:    Hon. William Alsup |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shana Becerra and Defendant
2  The Coca-Cola Company, by and through their respective counsel of record, stipulate to dismissal of this
3  action with prejudice, with each side to bear its own fees and costs.
4  IT IS SO STIPULATED.

6  Dated: February 4, 2020                                    Respectfully submitted,

7  /s/ Jack Fitzgerald                                        /s/ Steven A. Zalesin[1]

8  **THE LAW OFFICE OF JACK FITZGERALD, PC**                  **PATTERSON BELKNAP WEBB & TYLER LLP**
   JACK FITZGERALD                                            STEVEN A. ZALESIN
9  jack@jackfitzgeraldlaw.com                                 sazalesin@pbwt.com
10 3636 4th Ave., Ste. 202                                    1133 Avenue of the Americas
   San Diego, CA 92103                                        New York, New York 10036
11 Phone: (619) 692-3840                                      Telephone: (212) 336-2110
   Fax: (619) 353-0404                                        Facsimile: (212) 336-2111
12 *Counsel for Plaintiff and the Putative Class*             ***Attorneys for Defendant The Coca-Cola Company***

---

[1] Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

1